UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHUCK LARSON, | Case No.: 13-CV-04840-LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING FILING OF STIPULATION OF DISMISSAL |
| v. | |
| TOTAL RECOVERY SOLUTIONS, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Plaintiff's Notice of Settlement, ECF No. 18, the parties shall file a stipulation of dismissal by May 27, 2014. The Court CONTINUES the Case Management Conference set for April 2, 2014 to June 4, 2014 at 2 p.m.

**IT IS SO ORDERED.**

Dated: March 26, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04840-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING FILING OF STIPULATION OF DISMISSAL