UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chuck Larson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Total Recovery Solutions, LLC; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 5:13-cv-04840-LHK<br><br>[~~PROPOSED~~] ORDER |

  Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

  The Clerk shall close the case file.

Date: 05/15/2014          _____
                            LUCY H. KOH
                            U.S. District Judge